DORIS MCKINNEY GAMBRELL v. BORKI BERKOW, M.D.

July 11, 1986.

Petition for certification denied.

FRANCIS A. JAMES, JR. v. PUBLIC SERVICE
ELECTRIC AND GAS COMPANY.

July 11, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD DELAURO v. JUDITH
SOJACK AND DIANE BRIGATI AND RALPH A. PORTO.

July 11, 1986.

Petition for certification denied.

NATIONAL PATENT DENTAL PRODUCTS, INC. v. RYDER
INTERNATIONAL CORPORATION AND FRANK RYDER.

July 11, 1986.

Petition for certification denied.